GIBSON, DUNN & CRUTCHER LLP
STEPHEN WEISSMAN, *admitted pro hac vice*
  sweissman@gibsondunn.com
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
STEVEN PET, *admitted pro hac vice*
  spet@gibsondunn.com
THOMAS TYSON, SBN 328684
  ttyson@gibsondunn.com
BRIANNA N. BANKS, SBN 345190
  bbanks@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

*Attorneys for Defendants*
*PepsiCo, Inc. and Frito-Lay North America, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ALQOSH ENTERPRISES, INC., and NMRM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PEPSICO, INC. and FRITO-LAY NORTH AMERICA, INC., <br><br> Defendants. | CASE NO. 2:25-cv-01327-MRA-JDE <br><br> **JOINT REQUEST FOR ORDER CONTINUING SCHEDULING CONFERENCE DUE TO SCHEDULING CONFLICT** <br> *[(Proposed) Order filed concurrently]* <br><br> **Current Scheduling Conference Date**: <br> Date:     June 23, 2025 <br> Time:     1:30 p.m. <br> Place:    Courtroom 10B <br> Judge:    Hon. Mónica Ramírez Almadani <br><br> **Proposed Scheduling Conference Date**: <br> Date:     June 30, 2025 <br> Time:     1:30 p.m. <br> Place:    Courtroom 10B <br> Judge:    Hon. Mónica Ramírez Almadani |

**TO THE HONORABLE COURT**:

Counsel of record for Plaintiffs Alqosh Enterprises, Inc. (d/b/a Whiskey Well), and NMRM, Inc. (d/b/a Sunset Market & Liquor) and Defendants PepsiCo, Inc. and Frito-Lay North America, Inc. hereby submit this joint request to continue the initial scheduling conference currently set for June 23, 2025, to June 30, 2025, or as soon thereafter as the matter may be heard before the Court, due to a scheduling conflict for Defendants' lead trial counsel, Jay Srinivasan. Good cause exists for this request as follows:

WHEREAS, the Court issued an order setting the initial scheduling conference for June 23, 2025 at 1:30pm (Dkt. 25);

WHEREAS, the Court's order requires the attendance of lead trial counsel at the scheduling conference unless excused by the Court prior to the conference, and further states that "a request to continue the scheduling conference will be granted only for good cause" (Dkt. 25 at 3);

WHEREAS, Mr. Srinivasan is scheduled to be on a pre-paid family vacation, from which he is not scheduled to return to Los Angeles until June 24, 2025;

WHEREAS, on May 23, 2025, Mr. Srinivasan contacted Mark Poe, lead counsel for Plaintiffs, informing Mr. Poe of the conflict and asking him whether he would consent to this request to continue the initial scheduling conference.

WHEREAS, Mr. Poe responded that Plaintiffs would join the request;

WHEREAS, Defendants' pending Motion to Strike the class allegations in Plaintiffs' First Amended Complaint is set for hearing on June 30, 2025;

NOW, THEREFORE, the parties respectfully request that the Court continue the initial scheduling conference currently set for June 23, 2025, to June 30, 2025, or as soon thereafter as the matter may be heard before the Honorable Mónica Ramírez Almadani of the United States District Court for the Central District of California in the First Street Courthouse, 350 W. First Street, Courtroom 10B, Los Angeles, California 90012.

Respectfully submitted,

Dated: May 23, 2025					GIBSON, DUNN & CRUTCHER LLP

							By: /s/ Jay P. Srinivasan
							      Jay P. Srinivasan

							*Counsel for Defendants*

Dated: May 23, 2025					GAW | POE LLP

							By: /s/ Mark Poe
							      Mark Poe

							*Counsel for Plaintiffs*

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that Counsel for Plaintiffs and Counsel for Defendants have authorized the filing of this document.

                                                   */s/ Jay P. Srinivasan*
                                                   Jay P. Srinivasan