MARK POE (S.B. #223714)
  mpoe@gawpoe.com
RANDOLPH GAW (S.B. #223718)
  rgaw@gawpoe.com
VICTOR MENG (S.B. #254102)
  vmeng@gawpoe.com
FLORA VIGO (S.B. #239643)
  fvigo@gawpoe.com
GAW | POE LLP
One Embarcadero, Suite 1200
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALQOSH ENTERPRISES, INC., and NMRM, INC.;<br><br>Plaintiffs,<br><br>v.<br><br>PEPSICO, INC. and FRITO-LAY NORTH AMERICA, INC.<br><br>Defendants. | Case No. 2:25-cv-1327-MRA-JDE<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANTS TO SELECT A REASONABLE RANGE OF DOCUMENT CUSTODIANS**<br><br>Date:         October 9, 2025<br>Time:        10:00 a.m.<br>Courtroom: Courtroom 6A<br>Judge:       Hon. John D. Early<br><br>Discovery Cutoff:      Not set<br>Pretrial Conference:  Not set<br>Trial Date:                 Not set |

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3        PLEASE TAKE NOTICE THAT on October 9 at 10:00 a.m., or as soon
4  thereafter as counsel may be heard, before the Honorable John D. Early, Magistrate
5  Judge of the United States District Court, located in Courtroom 6A at 411 W.
6  Fourth Street, Santa Ana, California 90012, Courtroom 750,7th Floor, Plaintiffs
7  Alqosh Enterprises, Inc. (d/b/a Whiskey Well), and NMRM, Inc. (d/b/a Sunset
8  Market & Liquor) will and hereby do move pursuant to Federal Rule of Civil
9  Procedure 34 and Local Rule 37-2 for an order compelling Defendants PepsiCo,
10 Inc. and Frito-Lay North America, Inc. to designate a reasonable range of
11 custodians from whom to collect ESI in response to Plaintiffs' first set of Rule 34
12 document requests.
13       This motion is based upon this notice of motion, the concurrently submitted
14 Joint Stipulation Re: Plaintiffs' Motion to Compel Defendants to Select a
15 Reasonable Range of Document Custodians (including the declarations and exhibits
16 attached thereto), the pleadings and other materials on file in this action, and such
17 other matters that this Court may consider at or before any hearing on this motion.
18 A proposed order is submitted concurrently herewith.

Dated:  September 18, 2025        GAW | POE LLP

By:   s/ *Mark Poe*
      Mark Poe
      Attorneys for Plaintiffs