UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 25-01327-MRA (JDEx) | Date | September 22, 2025 |
|---|---|---|---|
| Title | Alqosh Enterprises, Inc. et al v. PepsiCo, Inc. et al | | |

PRESENT:

**HONORABLE MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Mark Roe
Randolph Gaw

Jagannathan Srinivasan
Brianna Banks

**PROCEEDINGS:    DEFENDANTS' MOTION TO STRIKE CLASS ALLEGATIONS [30]**

    Motion hearing held.  The Court hears oral argument from the parties.  The Court takes the Motion under submission.  Order to issue.

    For the reasons stated on the record, the Scheduling Conference is **CONTINUED** to **December 8, 2025, at 1:30 p.m.**  Parties shall review and comply with the Court's Order Setting Rule 26(f) Scheduling Conference [25], including the requirements of the contents of the Joint Rule 26(f) Report to be filed and deadline for filing.

                                               0 : 40

Initials of Deputy Clerk   mku

cc: